2006 OK JUD ETH 2

## JUDICAL ETHICS OPINION 2006–2.

### No. 2006–2.

Oklahoma Judicial Ethics Advisory Panel.

April 26, 2006.

### JUDICIAL ETHICS ADVISORY PANEL

**QUESTION:** May a Judge of a District Court of the State of Oklahoma serve as a member of The Dispute Resolutions Board of a sovereign Indian Nation?

**FACTS:** The members of the Board would serve without pay. The duties of the board would be to settle disputes among tribal members or claims that tribal members, tribal council members or tribal administration have violated the Constitution, Bylaws or rules and regulations of the tribe.

**ANSWER:** No

**DISCUSSION:** The board as proposed will have the responsibility of deciding questions of fact as to matters coming before it. Canon 4C(2) provides A judge should not accept appointment to a governmental committee or commission or other governmental position that is concerned with issues of fact or policy on matters other than the improvement of the law, the legal system or the administration of justice ... Canon 4F provides A judge should not act as an arbitrator or mediator.

/s/ Robert L. Bailey, Chairman

/s/ Robert D. Simms, Vice Chairman

/s/ Milton C. Craig, Secretary

2006 OK JUD ETH 3

## JUDICAL ETHICS OPINION 2006–3.

### No. 2006–3.

Oklahoma Judicial Ethics Advisory Panel.

April 26, 2006.

### JUDICIAL ETHICS ADVISORY PANEL

**QUESTION:** May a part-time Municipal Judge act as the Chairperson of the re-election committee of a District Judge?

**ANSWER:** Yes.

**DISCUSSION:** Under the provisions of the Code of Judicial Conduct entitled "Application of the Code of Judicial Conduct" Section D. defines your position as that of a Periodic Part-time Judge and nothing in the Code prevents one holding such position from being actively engaged in the campaign of a candidate for judicial office. It would be improper to refer to your title of "Judge" in any activities for the candidate.

/s/ Robert L. Bailey, Chairman

/s/ Robert D. Simms, Vice Chairman

/s/ Milton C. Craig, Secretary